USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GABRIEL LOOR, *individually and on behalf of others similarly situated,*
*Plaintiff*,

Index No. 20-cv-3886 (VEC)

-against-

**~~PROPOSED~~ DEFAULT JUDGMENT AGAINST DEFENDANT ATLANTIC CONTRACTING OF YONKERS INC. (D/B/A ATLANTIC CONTRACTING OF YONKERS)**

ATLANTIC CONTRACTING OF YONKERS INC. (D/B/A ATLANTIC CONTRACTING OF YONKERS), GOTHAM DRYWALL INC. (D/B/A GOTHAM DRYWALL), JOEL ACEVEDO, and JOHN FITZPATRICK,
*Defendants*
--------------------------------------------------------X

The Summons and Complaint in this action having been duly served on the above-named Defendant ATLANTIC CONTRACTING OF YONKERS INC. (D/B/A ATLANTIC CONTRACTING OF YONKERS), and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration in support of entry of default judgment, with exhibits thereto;

NOW, on motion of Michael Faillace & Associates, PC, counsel for Plaintiff, it is hereby

ORDERED and ADJUDGED that Defendant ATLANTIC CONTRACTING OF YONKERS INC. (D/B/A ATLANTIC CONTRACTING OF YONKERS) is liable to Plaintiff GABRIEL LOOR, as alleged in the complaint in this action, for unpaid overtime wages pursuant to the Fair Labor Standards Act (FLSA) and New York Labor Law (NYLL), failure to furnish wage notice and wage statements as required under Section 195 of the New York Labor Law, unlawful "kickbacks" in violation of Section 198-b(2) of the New York Labor Law, unlawful deductions from wages in violation of New York Labor Law §§ 190 et seq., and failure to timely furnish payment ~~o~~ of wages as required under New York Labor Law § 191, together with interest, costs, and attorneys' fees, all in a total to be ascertained.

- 2 -

Dated: New York, New York

    January 5, 2021.

                                      _____
                                      HONORABLE VALERIE E. CAPRONI,
                                      UNITED STATES DISTRICT JUDGE