# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

January 12, 2021

**VIA ECF**
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:** **Loor et al v. Atlantic Contracting of Yonkers Inc. et al, 1:20-cv-03886-VEC**

Your Honor:

As the Court is aware, this office represents Plaintiff Loor ("Plaintiff") in the above-referenced matter. On behalf of Plaintiff, I write to inform the Court that Plaintiff does not oppose the dismissal without prejudice, per the Court's stated intention at the January 5 conference concerning the Order to Show Cause for Default Judgment against Defendant Atlantic Contracting of Yonkers Inc. (See also ECF Doc. No. 45), of claims asserted in the Amended Complaint (ECF Doc. No. 34) against Defendant Joel Acevedo inasmuch such claims were mistakenly refiled without leave of the Court. See ECF Docs. Nos. 26-27 (stipulation, endorsed by Court, with respect to claims against Defendant Gotham Drywall Inc. and Defendant Fitzpatrick).

On behalf of Plaintiff, I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jordan Gottheim
Jordan Gottheim, Esq.

Cc: Constantine Tzifas, Esq. (via ECF)