# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

June 28, 2021

**<u>VIA ECF</u>**

Honorable Valerie E. Caproni, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

        Re: <u>Loor et al v. Atlantic Contracting of Yonkers Inc. et al, 1:20-cv-03886-VEC</u>

Your Honor:

        This office represents the Plaintiff in the above referenced matter. Plaintiff writes, jointly with Defendants, pursuant to the Court's June 4, 2021 Order regarding the agreement reached between the parties to close this matter.

        The above-captioned action (herein after "Atlantic Contracting") is related to a later action filed in this Court captioned Loor et al v. Acevedo, 1:21-cv-00653-SDA (hereinafter "Acevedo"). The actions that brought forward these two cases arise from the same set of facts. Mr. Acevedo was dismissed without prejudice from the Atlantic Contracting case inasmuch the claims against him were mistakenly refiled without leave of the Court by my predecessor (ECF Doc. No. 47). Thereafter, the Plaintiff filed a new action solely against Mr. Acevedo.

        On May 28, 2021, the parties in the Acevedo case attended a mediation in which it was understood that any agreement reached by the parties would include the Defendants in the Atlantic Contracting case. This was also discussed during the mediation session the parties in the Atlantic Contracting case attended on May 20, 2021. Following a successful mediation, on June 3, 2021, Defendant Joel Acevedo extended to Plaintiff Gabriel Loor an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00). On June 8, 2021, the Court entered judgment in favor of the Plaintiff and against Defendant Acevedo for this same amount, signed by Magistrate Judge Steward D. Aaron). A copy of this judgment is attached hereto as Exhibit A.

        Now that the parties have settled all claims in this matter, and that a judgment has been entered against Mr. Acevedo, we respectfully ask the Court to dismiss this action with prejudice.

        Should Your Honor have any questions or concerns regarding this action, the parties are happy to address them. The parties thank the Court for its attention to this matter.

        Respectfully submitted,

        /s/ Michael Faillace
        Michael Faillace, Esq.

*Certified as a minority-owned business in the State of New York*

June 28, 2021
Page 2

MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiff

Enclosures
cc: Defendants' Counsel (via ECF)