Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GABRIEL LOOR, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

     -against-

ATLANTIC CONTRACTING OF YONKERS INC. (D/B/A ATLANTIC CONTRACTING OF YONKERS), GOTHAM DRYWALL INC. (D/B/A GOTHAM DRYWALL), and JOHN FITZPATRICK,

                *Defendants.*
-----------------------------------------------------------------X

Case No.: 20-cv-3886

**STIPULATION REGARDING PLAINTIFF'S CLAIMS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants Gotham Drywall Inc. and John Fitzpatrick ("Defendants"), that the judgment entered in Loor v. Acevedo, No. 21-CV-653 ("Acevedo"), Dkt. 20, covers the claims asserted by Plaintiff against Defendants in this action.

**IT IS FURTHER STIPULATED AND AGREED** that judgment in Acevedo is intended to cover Defendant Atlantic Contracting, against which the Court entered a default judgment on January 5, 2021,

**IT IS FURTHER STIPULATED AND AGREED** that facsimile or emailed copies of the signatures of the parties' counsel on this Stipulation may be treated as originals for all purposes.

Dated: New York, New York
       June 30, 2021

MICHAEL FAILLACE & ASSOCIATES, P.C.

             s/ Catalina Sojo
By:    Catalina Sojo, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiff*
Dated: New York, New York

June 30, 2021

ARTHUR J. SEMETIS, P.C.

             /s/ Constantine T. Tzifas
By:    Constantine Tryfon Tzifas, Esq.
286 Madison Avenue, Suite 1801
New York, NY 10017
(212)-557-5055
*Attorneys for Gotham Drywall Inc. and John Fitzpatrick*

**SO ORDERED:**

_____  6/30/2021
Hon. Valerie E. Caproni, USDJ

Pursuant to the parties' stipulation, the judgment at Dkt. 20 in *Loor v. Acevedo*, No. 21-CV-653, resolves all of Plaintiff's claims against Defendants in this action, including Atlantic Contracting of Yonkers Inc. Accordingly, this case is dismissed with prejudice. The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

6/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE